JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Breaking Media Inc., et al.,<br><br>Defendants. | Case No. CV 16-04915-AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 18, 2016  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.